UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DEMIA SHYMANSKY,

                          Plaintiff,            26-cv-2218 (JGK)

          - against -                           ORDER

WELLS FARGO & COMPANY, ET AL.,

                          Defendants.
_____

JOHN G. KOELTL, District Judge:

    As discussed during the telephone conference held today,

the time for the defendant Robertson, Anschutz, Schneid, Crane &

Partners, PLLC to move to dismiss or to answer the complaint is

stayed pending further order of the Court in view of the

plaintiff's stated intention to amend her complaint.

SO ORDERED.
Dated:    New York, New York
          May 7, 2026

                                   _____
                                        John G. Koeltl
                                   United States District Judge