**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Demia Shymansky,**

**Plaintiff,**

**- against -**

**Wells Fargo & Co., et al.,**

**Defendants.**

**26-cv-2218 (JGK)**

**Order**

---

**John G. Koeltl, District Judge:**

On May 11, 2026, the plaintiff requested that the Court schedule an initial case management conference pursuant to Federal Rule of Civil Procedure 16 on or before June 16, 2026. ECF No. 20. The plaintiff also requested in the same letter that the Court order the parties to submit a Rule 26(f) report. Id. The plaintiff's request for an initial case management conference is stayed for good cause shown, as is her request that the Court set a submission date for a Rule 26(f) report. The plaintiff has indicated that she intends to file an amended complaint; she should file that complaint, and the defendants should have the opportunity to respond to that amended complaint before the Court schedules an initial case management conference or requires the parties to submit a Rule 26(f) report.

Furthermore, any defendant for whom the Court has not yet stayed the time to answer or otherwise respond to the complaint should answer the

complaint or request a conference in accordance with the time limits set out by Federal Rule of Civil Procedure 12.

**SO ORDERED.**

**Dated:**    **New York, New York**
         **May 12, 2026**

                                    John G. Koeltl
                            **United States District Judge**

2