

**RIVKIN RADLER** LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**AMANDA R. GRINER**
PARTNER
(516) 357-3402
amanda.griner@rivkin.com

June 4, 2026

**VIA ECF**
The Honorable John G. Koeltl, U.S.D.J.
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

_[signature]_
John G. Koeltl, U.S.D.J.
6/5/26.

Re:    *Demia Shymansky v. Wells Fargo & Company, et al.*
         Case No.: 1:26-cv-02218-JGK

Dear Judge Koeltl:

Our office represents Defendant Mark G. Aberasturi, Esq., in connection with the above-referenced matter.  For similar reasons as is set forth in the pre-motion letters submitted by co-defendants Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Rocket Companies, Inc., Rocket Mortgage LLC, Nationstar Mortgage, LLC, and Mr. Cooper Group, Inc., Defendant Mark G. Aberasturi, Esq. intends to file a motion to dismiss Plaintiff's complaint.  However, we understand that Plaintiff has indicated she intends to file an amended complaint in this action.

In light of Plaintiff's stated intention to file an amended complaint and consistent with the Court's May 7, 2026 Order [Doc. No. 15] and May 1, 2026 Memo Endorsement [Doc. No. 17], we write to respectfully request that the Court similarly stay Defendant Mark G. Aberasturi's time to respond to the complaint pending further order of the Court.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*Amanda R. Griner*

Amanda R. Griner, Esq.

To:  All Parties via ECF

4927-8946-3474, v. 1

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.877