Case 1:26-cv-02218-JGK   Document 35   Filed 06/12/26   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 12, 2026

**By ECF**
The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

 Re:  *Demia Shymansky v. Wells Fargo & Company, et al.*, 1:26-cv-02218 (JGK)

Dear Judge Koeltl:

 This Office represents the United States of America (the "Government" or the "United States") in the above-captioned action. The Government intends to move to dismiss; however, given Plaintiff's apparent intention to amend her complaint—and consistent with the Court's May 7, 2026 Order, Dkt. No. 15—the Government respectfully requests that the Court stay the United States's time to respond pending further order of the Court.

 Respectfully,

 JAY CLAYTON
 United States Attorney for the
 Southern District of New York

 By:  */s/ Gregory Margolis*
 GREGORY MARGOLIS
 Assistant United States Attorney
 86 Chambers Street, Third Floor
 New York, NY 10007
 Tel: (212) 637-2677
 gregory.margolis@usdoj.gov

cc:  All Parties via ECF

**APPLICATION GRANTED**
**SO ORDERED**

John G. Koeltl, U.S.D.J.

6/12/26