# ReedSmith

**Yimell M. Suarez Abreu**
Direct Phone: +1 212 549 4699
Email: ysuarezabreu@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

June 18, 2026

The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**

_John G. Koeltl, U.S.D.J._

6/18/26

| **Re:** | Demia Shymansky v. Wells Fargo & Company, et al. |
|---|---|
| **Case No.:** | 1:26-cv-02218-JGK |

Dear Judge Koeltl:

This office represents Defendants Wells Fargo & Company, Wells Fargo Bank, N.A., and Reed Smith LLP ("Defendants") in the above-captioned action. Defendants intend to file a motion to dismiss Plaintiff's complaint. However, we understand that Plaintiff has indicated she intends to file an amended complaint in this action.

Accordingly, consistent with the Court's Order Dkt. No. 15, Memo Endorsement Dkt. No. 17, Memo Endorsement Dkt. No. 23, Order Dkt. No. 33, and Order Dkt. No. 36, Defendants respectfully requests that the Court similarly stay Defendants' time to respond to the complaint pending further order of the Court.

Respectfully submitted,

By: _Isl Andrew B. Messite_
Andrew B. Messite, Esq.
Yimell M. Suarez Abreu, Esq.
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel: 212-521-5400
amessite@reedsmith.com
ysuarezabreu@reedsmith.com

cc:    All Parties via ECF