**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DEMIA SHYMANSKY,**

                  **Plaintiff,**

      **- against -**

**WELLS FARGO & CO., ET AL.,**

                **Defendants.**

---

**26-cv-2218 (JGK)**

<u>**Order**</u>

**John G. Koeltl, District Judge:**

On May 12, 2026, the Court stayed the initial case-management conference for good cause shown and granted the plaintiff, Ms. Shymansky, leave to amend her complaint. ECF No. 27. The Court further indicated that it would stay the time for the defendants to answer or otherwise respond to the complaint until Ms. Shymansky amends her complaint. To date, Ms. Shymansky has not filed an amended complaint. Ms. Shymansky may amend her complaint on or before **July 10, 2026**, though she is not required to amend her complaint. If Ms. Shymansky does not file an amended complaint by that date, this action will proceed on the original complaint. The defendants shall answer or otherwise respond to the operative complaint within twenty-one days of the earlier of the filing of an amended complaint or July 10, 2026.

2

The Clerk is respectfully directed to mail a copy of this Order to Ms. Shymansky and to note mailing on the docket.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **June 26, 2026**

**John G. Koeltl**
**United States District Judge**

2