UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

Plaintiff,

- against -

WELLS FARGO & CO., ET AL.,

Defendants.

26-cv-2218 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The pro se plaintiff, Ms. Shymansky, filed this action on March 19, 2026. ECF No. 4. She filed an amended complaint on July 10, 2026, which named sixteen additional defendants. ECF No. 48. Rule 4(m) required the plaintiff to serve each defendant within ninety days after the complaint naming that defendant was filed.

Ms. Shymansky has not served the New York State Department of Taxation and Finance, which was named in the original complaint. The time to serve that defendant expired on June 17, 2026. The time for Ms. Shymansky to serve the New York State Department of Taxation and Finance is extended until **August 14, 2026**.

The plaintiff has also not served the following defendants, each of whom was first named in the amended complaint: Patricia Ellen Gunning; the City of New York; Emily Collins; Brian McCaffrey; Asya Abbas; Nicole Moccio; Dr. Christina Gille; Dr. Adam Bloom; Dr. Lokesh Reddy; the New York City Employees' Retirement System; Maya Khodos; Aventine Proper-

ties, LLC; and James Burns, as fiduciary of Aventine Properties LLC. The time to serve these defendants expires on **October 8, 2026**.

This Order constitutes notice to the plaintiff that if the summons and amended complaint are not served on a defendant by the applicable date, the claims against that defendant may be dismissed without prejudice. See Fed. R. Civ. P. 4(m).

The time to respond to the amended complaint for any defendant that has been served is stayed until further order of the Court.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 4, 2026**

**John G. Koeltl**
**United States District Judge**