USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

Plaintiff,

-against-

WELLS FARGO & CO., et al.,

Defendants.

**ORDER RE SERVICE**

**26-CV-2218 (MMG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter requesting an extension to serve Defendants, the Rocket Companies, the U.S. Department of Justice, TJC Process Service, and New York State Department of Finance, and for an order of service directing the Marshalls to effectuate service. The Court GRANTS Plaintiff's request for an order of service directing the U.S. Marshalls to effectuate service following the filing of Plaintiff's anticipated Amended Complaint. The Court DENIES Plaintiff's request for an extension to serve the enumerated defendants as premature.

1. **Order of Service**

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. ECF No. 70; *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP). To allow Plaintiff to effect service on all Defendants, through the U.S. Marshals Service, the Clerk of Court is instructed to

fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants upon Plaintiff's filing of her anticipated amended complaint. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants. If the amended complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**2. Plaintiff's Extension Request**

Insofar as Plaintiff requests an extension to serve Defendants, the Rocket Companies, the U.S. Department of Justice, TJC Process Service, and New York State Department of Finance, the Court finds the request to be premature in light of its Order dated September 14, 2026, directing Plaintiff to file her amended complaint by October 2, 2026. Therefore, Plaintiff's request for an extension to serve Defendants, the Rocket Companies, the U.S. Department of Justice, TJC Process Service, and New York State Department of Finance, is denied as premature.

**The Clerk of the Court is respectfully directed to terminate the motions at ECF No. 75.**

Dated: New York, New York
September 16, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge