USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

Plaintiff,

-against-

WELLS FARGO & CO., et al.,

Defendants.

**ORDER**

**26-CV-2218 (MMG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter requesting the issuance of subpoenas for the production of personal contact information for Defendants Collins, Abbas, Moccio, Khodos, Gille, Bloom, and Reddy. However, the Court does not find such action warranted at this time as service has not yet been attempted with the information provided previously. As such, Plaintiff's request is denied.

**The Clerk of the Court is respectfully directed to terminate the motions at ECF No. 78.**

Dated: New York, New York
September 25, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge