USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

Plaintiff,

-against-

WELLS FARGO & CO., et al.,

Defendants.

**ORDER RE AMENDED COMPLAINT**

**26-CV-2218 (MMG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's Amended Complaint filed October 1, 2026. (ECF No. 83). However, upon review, Plaintiff's Second Amended Complaint is not in compliance with the Court's September 14, 2026 Order which stipulated that Plaintiff's amended complaint should only add allegations, not defendants, and that no new defendants shall be added at this point in the case. (ECF No. 74). Therefore, Plaintiff's pleading at ECF No. 83 is stricken, and Plaintiff is directed to file the Second Amended Complaint in accordance with the Court's order, adding only those allegations outlined in her previous letter at ECF No. 67, not adding additional defendants.

**The Clerk of the Court is respectfully directed to strike the pleading at ECF No. 83.**

Dated: New York, New York
October 5, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge