USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

Plaintiff,

-against-

WELLS FARGO & CO., et al.,

Defendants.

**ORDER OF SERVICE AND VALENTIN ORDER**

**26-CV-2218 (MMG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letters filed on October 5, 2026, and October 6, 2026. (ECF Nos. 90, 92, 95). The Court thanks Plaintiff for the clarification regarding her Second Amended Complaint. Upon review, Plaintiff's Second Amended Complaint at ECF No. 83 should be reinstated as the operative pleading in this case.

The Court hereby notifies Plaintiff that continued amended pleadings or requests to amend pleadings can lead to further delay. Accordingly, no further amended pleadings will be permitted except upon a showing of good cause after all of the Defendants in this action have been served with the Second Amended Complaint at ECF No. 83 and responded to it.

The Court is in receipt of Plaintiff's letters filed October 5, 2026, and October 6, 2026. (ECF No. 90, 95). The Court notes that the first letter is a near-duplicate of the letter filed on September 15, 2026, which the Court addressed in its September 16, 2026 Order at ECF No. 76. Because Plaintiff's October 5, 2026 letter is requesting the same relief, the Court denies the request in the letter dated October 5, 2026 as moot. However, in her letter filed October 6, 2026, Plaintiff amended her request to seek only to extend the time to serve Defendants. In

light of the Order of Service for all Defendants below, the Court grants Plaintiff's request and extends the time for Plaintiff to serve all Defendants to **January 4, 2027**.

**Order of Service**

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP). To allow Plaintiff to effect service on all Defendants, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form"). The service addresses for Defendants Wells Fargo & Company, Wells Fargo Bank, N.A.; Rocket Companies Inc; Rocket Mortgage, LLC; Nationstar Mortgage, LLC; Mr. Cooper Group Inc.; TJC Process Service, Ltd.; Robertson, Anschutz, Schneid, Crane & Partners, PLLC; Reed Smith LLP; Mark G. Aberasturi; New York State Department of Taxation and Finance; United States of America; Patricia Ellen Gunning; City of New York; New York City Employees Retirement System; Maya Khodos; Aventine Properties LLC; and James Burns are contained at Appendix A.

The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants. To allow Plaintiff to effect service on the United States of America through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant United States of America. The Clerk of Court is further instructed to: (1) mark the box on the USM-285 form labeled "Check for

service on U.S.A."; and (2) issue a summons and deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service on the United States.

If the amended complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

Insofar as Defendants Emily Collins, Brian McCaffrey, Aysa Abbas, Nicole Miccio, Dr. Christina Gille, Dr. Adam Bloom, and Dr. Lokesh Reddy are identified in Plaintiff's Second Amended Complaint as employees of New York City Police Department, the Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that Defendants Emily Collins, Brian McCaffrey, Aysa Abbas, Nicole Miccio, Dr. Christina Gille, Dr. Adam Bloom, and Dr. Lokesh Reddy waive service of summonses.

## ***Valentin* Order**

Under *Valentin v. Dinkins*, a pro se litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the Second Amended Complaint, Plaintiff supplies sufficient information to permit Defendant Wells Fargo to identify Niasha Shymansky. Accordingly, **the Court directs Wells Fargo to provide the Court with an address where this Defendant may be served. Wells Fargo must provide this information to the Court within 30 days of the date of this order.**

## Conclusion

The Clerk of Court is respectfully directed to reinstate the pleading filed at ECF No. 83 as the operative pleading.

Insofar as Defendants Emily Collins, Brian McCaffrey, Aysa Abbas, Nicole Miccio, Dr. Christina Gille, Dr. Adam Bloom, and Dr. Lokesh Reddy are identified in Plaintiff's Second Amended Complaint as employees of New York City Police Department, the Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that Defendants Emily Collins, Brian McCaffrey, Aysa Abbas, Nicole Miccio, Dr. Christina Gille, Dr. Adam Bloom, and Dr. Lokesh Reddy waive service of summonses.

The Clerk of Court is further instructed to: (1) mark the box on the USM-285 form labeled "Check for service on U.S.A."; and (2) issue a summons and deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service on the United States.

**The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 90 and 92.**

Dated: New York, New York
October 6, 2026

**SO ORDERED.**

*Katharine H Parker*

KATHARINE H. PARKER
United States Magistrate Judge

**Appendix A**

| **Defendant** | **Address** |
| --- | --- |
| Wells Fargo & Co. and Wells Fargo Bank, N.A. | Andrew B. Messite, Esq.<br>Yimell Suarez Abreu, Esq.<br>Reed Smith LLP<br>599 Lexington Ave.<br>New York, NY 10022 |
| Reed Smith LLP | Andrew B. Messite, Esq.<br>Yimell Suarez Abreu, Esq.<br>Reed Smith LLP<br>599 Lexington Ave.<br>New York, NY 10022 |
| TJC Process Service, Ltd. | 585 Stewart Ave., Ste 326<br>Garden City, NY 11530 |
| Rocket Companies, Inc., Rocket Mortgage, LLC, Nationstar Mortgage LLC d/b/a Mr. Cooper, and Mr. Cooper Group Inc. | Ryan Gallagher, Esq.<br>Saul Ewing LLP<br>650 College Rd. East, Ste. 4000<br>Princeton, NJ 08540<br><br>Thomas S. Larounis, Esq.<br>Saul Ewing LLP<br>1270 Avenue of the Americas, Ste. 2800<br>New York, NY 10020 |
| Patricia Ellen Gunning, Esq. | The Law Offices of Patricia Ellen Gunning<br>14 South Main St., Ste. 2<br>New City, New York 10956 |
| Mark G. Aberasturi, Esq. | Amanda R. Griner, Esq.<br>Rivkin Radler LLP<br>926 RxR Plaza<br>Uniondale, NY 11556 |

| | |
|---|---|
| Robertson, Anschutz, Schneid, Crane & Partners, PLLC | Jason W. Creech, Esq.<br>Joseph F. Battista, III, Esq.<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>900 Merchants Concourse, Ste. 310<br>Westbury, NY 11590 |
| City of New York | Steven Banks, Esq.<br>Corporation Counsel<br>New York City Law Department<br>100 Church Street<br>New York, New York 10007 |
| New York State Department of Finance | New York State Attorney General,<br>Managing Attorney's Office, 16th Floor<br>28 Liberty Street,<br>New York, NY, 10005 |
| United States | Thomas Margolis, Esq.<br>United States Department of Justice<br>86 Chambers St., 3rd Floor<br>New York, NY 10007<br><br>United States Department of Justice<br>57 Pennsylvania Ave NW,<br>Washington, DC 20004 |
| Patricia Ellen Gunning, Esq. | The Law Offices of Patricia Ellen Gunning<br>14 South Main St., Ste. 2<br>New City, New York 10956 |
| New York City Employees' Retirement System | 335 Adams Street, Ste. 2300<br>Brooklyn, New York 11201 |
| Maya Khodos, Esq. | 335 Adams Street, Ste. 2300<br>Brooklyn, New York 11201 |

| | |
|---|---|
| Aventine Properties, LLC | 33 Walt Whitman Road<br>Huntington Station, New York 11746 |
| James Burns | 33 Walt Whitman Road<br>Huntington Station, New York 11746 |