USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMIA SHYMANSKY,<br><br>Plaintiff,<br><br>-against-<br><br>WELLS FARGO & CO., et al.,<br><br>Defendants. | **ORDER**<br><br>**26-CV-2218 (MMG) (KHP)** |

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Defendants Rocket Companies, Inc, Rocket Mortgage LLC., Nationstar Mortgage LLC d/b/a Mr. Cooper, and Mr. Cooper Group Inc. ("Rocket Companies Defendants") letter filed on October 7, 2026. (ECF No. 97). The Court is also in receipt of Plaintiff's reply letter filed on October 14, 2026. (ECF No. 100). In light of the executed waivers at ECF Nos. 85, 86, 87, 88, Rocket Companies Defendants are hereby excluded from the Court's previous Order of Service at ECF No. 96.

**The Clerk of the Court is respectfully directed to exclude Defendants Rocket Companies, Inc, Rocket Mortgage LLC., Nationstar Mortgage LLC d/b/a Mr. Cooper, and Mr. Cooper Group Inc from their summons to the Marshals Service.**

Dated: New York, New York
October 14, 2026

**SO ORDERED.**

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge