USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

Plaintiff,

-against-

WELLS FARGO & CO., et al.,

Defendants.

**ORDER**

**26-CV-2218 (MMG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Defendant New York State Department of Taxation and Finance's request for an extension dated October 16, 2026, Defendant's clarification letter filed on October 20, 2026, and Defendant's withdrawal of its request dated October 27, 2026. (ECF Nos. 103, 104, 117). To the extent that the Defendant believes it has not been properly served but has entered a notice of appearance on the docket, the Court requests that the Defendant waive service and further grants the prior request for an extension. Defendant, New York State Department of Taxation and Finance's response to Plaintiff's Second Amended Complaint shall be due **December 7, 2026**.

The Court is also in receipt of Defendant Aberasturi's letter requesting an extension to respond to the complaint to the same date. (ECF No. 106). Defendant Aberasturi's request is also granted, and his response to Plaintiff's Second Amended Complaint shall be due **December 7, 2026.** Insofar as Defendant Aberasturi requests clarification of the Court's September 14, 2026 Order, the order states that the Court "waives for all Defendants the requirement of a pre-motion conference before motions to dismiss." (ECF No. 74).

Plaintiff's opposition to these anticipated motions to dismiss shall be filed 30 days after they are filed. Plaintiff may file an omnibus opposition to the motions if she wishes, in which case, the page limit shall be 35 pages. Otherwise, Plaintiff may file separate oppositions to each motion which shall each be limited to 25 pages. Reply briefs are due 14 days after the opposition brief(s) are filed.

The Court is also in receipt of Defendant Robertson, Anschutz, Schneid, Crane & Partners, PLLC's ("RAS") request for a premotion conference filed on October 21, 2026, ahead of its anticipated motion to dismiss. (ECF No. 105). The Court is also in receipt of Plaintiff's opposition filed October 23, 2026. (ECF No. 107). The Court does not find a premotion conference is necessary at this time in accordance with its September 14, 2026 Order waiving the requirement. Defendant RAS's motion to dismiss shall be due **November 30, 2026**. Oppositions to any motions to dismiss shall be due **December 30, 2026**. Reply briefs shall be due **January 13, 2027**.

**The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 103, 105, and 106.**

Dated: New York, New York
October 27, 2026

**SO ORDERED.**

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge