USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMIA SHYMANSKY,<br><br>Plaintiff,<br><br>-against-<br><br>WELLS FARGO & CO., et al.,<br><br>Defendants. | **VALENTIN ORDER**<br><br>**26-CV-2218 (MMG) (KHP)** |

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Defendants', Wells Fargo and Reed Smith, letter filed on November 5, 2026. (ECF No. 121). In light of Wells Fargo's demonstrated diligence, the Court finds that the Defendant Wells Fargo has met its obligations under the Court's Valentin Order.

## *Valentin* Order

Under *Valentin v. Dinkins*, a pro se litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the Second Amended Complaint, Plaintiff supplies additional information to permit Defendant, City of New York, to possibly identify Niasha Shymansky as an employee. Accordingly, **the Court directs the City of New York to provide the Court with an address where this Defendant may be served if the City has such information. The City of New York must provide this information to the Court within 30 days of the date of this order.**

Dated: New York, New York
November 10, 2026

**SO ORDERED.**

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge

**Appendix A**

| **Defendant** | **Address** |
| --- | --- |
| Wells Fargo & Co. and Wells Fargo Bank, N.A. | Andrew B. Messite, Esq.<br>Yimell Suarez Abreu, Esq.<br>Reed Smith LLP<br>599 Lexington Ave.<br>New York, NY 10022 |
| Reed Smith LLP | Andrew B. Messite, Esq.<br>Yimell Suarez Abreu, Esq.<br>Reed Smith LLP<br>599 Lexington Ave.<br>New York, NY 10022 |
| TJC Process Service, Ltd. | 585 Stewart Ave., Ste 326<br>Garden City, NY 11530 |
| Rocket Companies, Inc., Rocket Mortgage, LLC, Nationstar Mortgage LLC d/b/a Mr. Cooper, and Mr. Cooper Group Inc. | Ryan Gallagher, Esq.<br>Saul Ewing LLP<br>650 College Rd. East, Ste. 4000<br>Princeton, NJ 08540 |

| | |
|---|---|
| | Thomas S. Larounis, Esq.<br>Saul Ewing LLP<br>1270 Avenue of the Americas, Ste. 2800<br>New York, NY 10020 |
| Patricia Ellen Gunning, Esq. | The Law Offices of Patricia Ellen Gunning<br>14 South Main St., Ste. 2<br>New City, New York 10956 |
| Mark G. Aberasturi, Esq. | Amanda R. Griner, Esq.<br>Rivkin Radler LLP<br>926 RxR Plaza<br>Uniondale, NY 11556 |
| Robertson, Anschutz, Schneid, Crane & Partners, PLLC | Jason W. Creech, Esq.<br>Joseph F. Battista, III, Esq.<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>900 Merchants Concourse, Ste. 310<br>Westbury, NY 11590 |
| City of New York | Steven Banks, Esq.<br>Corporation Counsel<br>New York City Law Department<br>100 Church Street<br>New York, New York 10007 |
| New York State Department of Finance | New York State Attorney General,<br>Managing Attorney's Office, 16th Floor<br>28 Liberty Street,<br>New York, NY, 10005 |
| United States | Thomas Margolis, Esq.<br>United States Department of Justice<br>86 Chambers St., 3rd Floor<br>New York, NY 10007<br><br>United States Department of Justice |

| | |
|---|---|
| | 57 Pennsylvania Ave NW,<br>Washington, DC 20004 |
| Patricia Ellen Gunning, Esq. | The Law Offices of Patricia Ellen Gunning<br>14 South Main St., Ste. 2<br>New City, New York 10956 |
| New York City Employees' Retirement System | 335 Adams Street, Ste. 2300<br>Brooklyn, New York 11201 |
| Maya Khodos, Esq. | 335 Adams Street, Ste. 2300<br>Brooklyn, New York 11201 |
| Aventine Properties, LLC | 33 Walt Whitman Road<br>Huntington Station, New York 11746 |
| James Burns | 33 Walt Whitman Road<br>Huntington Station, New York 11746 |